IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA LAVAUGHN EASTMAN                                            PLAINTIFF

VS.                               NO. 4:09CV00396 JMM

AT& T CORPORATION                                                  DEFENDANT

**ORDER**

Plaintiff filed her *pro se* complaint on May 27, 2009 along with an application to proceed *in forma pauperis*. Plaintiff's motion to proceed *in forma pauperis* was granted on June 4, 2009. (DE # 7). On June 10, 2009 the Court entered an Order directing the Plaintiff to be familiar and comply with all Federal Rules of Civil Procedure and the Local Rules of the Court. (DE # 11). On July 13, 2009 the Defendant filed a motion to dismiss. Plaintiff did not respond to the motion, accordingly, the Court entered an Order requiring the Plaintiff to show cause why she had not responded to the pending motion on or before August 14, 2009. (DE #17). The Court further advised plaintiff that failure to file such in accordance with the Court's directions would result in the dismissal of her complaint. As of this date, plaintiff has not responded to the Order of this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication

>from the Court to a pro se plaintiff is not responded
>to within thirty (30) days, the case may be
>dismissed without prejudice. . . .

In light of plaintiff's failure to respond to this Court's July 30, 2009 Order, the Court will dismiss the complaint without prejudice. Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 31st day of August, 2009.

_____
James M. Moody
United States District Judge