IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA LAVAUGHN EASTMAN**                                    **PLAINTIFF**

**VS.**                          **NO. 4:09CV00396 JMM**

**AT & T CORPORATION**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 31st day of August, 2009.

_____
James M. Moody
United States District Judge